IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RICHARD FRANCIS BOONE** | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 12-0904** |
| | : | |
| **STATE OF CALIFORNIA, STATE OF CALIFORNIA/COUNTY OF BUTTE, COUNTY OF DELAWARE/MEDIA, PA and PATRICIA COLEMAN** | : | |

### ORDER

**AND NOW**, this 1st day of November, 2012, upon consideration of the Defendant Patricia Coleman's Motion to Dismiss for Failing to State a Claim, Lack of Service of Process, Improper Venue and Lack of Jurisdiction Under Rule 12(b) (Document No. 4), the Motion to Dismiss Plaintiff's Complaint by Defendant County of Delaware Pursuant to F.R.C.P. 12(b) (Document No. 6), the Motion to Dismiss Plaintiff's Complaint by Defendant County of Butte Pursuant to Fed. R. Civ. P. 12(b) (Document No. 12), and the plaintiff's responses, it is **ORDERED** that the motions are **GRANTED**.

**IT IS FURTHER ORDERED** that this action is **DISMISSED** for lack of subject matter jurisdiction.

_____
TIMOTHY J. SAVAGE, J.